IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston

**ELTON E. BRYAN,**

    Petitioner

                                                            2:93-CR-00898

v.

**UNITED STATES OF AMERICA**

    Respondent

**ORDER**

    Came the 6th day of October, 2010 Elton E. Bryan and petitioned the Court for a writ of error coram nobis.

    It appearing to the Court that the petition sets forth a prima facie case, it is ORDERED that the Government show cause why said petition should not be granted within _____ days of the entry of this Order.

    And the Clerk shall transmit a copy of this Order electronically to the United States Attorney for the Southern District of West Virginia and to Petitioner's counsel, Richard Neely, Esq., at RNEELY@NeelyCallaghan.com.

                                                             Enter:

                                                             _____
                                                             Judge