UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

October 8, 2010



ELTON E. BRYAN

VS.  Criminal Action No. 2:93-00089
 (Civil Action No. 2:10-1196

UNITED STATES OF AMERICA

### NOTICE OF FILING

TO:  R. Booth Goodwin, United States Attorney
 Southern District of West Virginia
 P. O. Box 1713
 Charleston, West Virginia 25326

Please be advised that on October 6, 2010, the Clerk of the Court for the Southern District of West Virginia filed a Petition for a Writ of Error Coram Nobis which may be considered by the Court as a Motion to Vacate Sentence pending further judicial review, on behalf of Elton E. Bryan, pursuant to Title 28, United States Code, Section 2255 in the above-captioned matter. The style and number appearing above shall be used by all parties for any documents or correspondence relating to this matter. Please be sure to include both criminal and civil numbers.

A copy is attached for your reference.

TERESA L. DEPPNER,
CLERK OF COURT

By: _____
 Deputy Clerk

cc: Honorable John T. Copenhaver, Jr. U. S. District Judge
 Honorable Mary E. Stanley, U. S. Magistrate Judge
 Richard E. Neely, Counsel for Petitioner