```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA

                          CHARLESTON
```

**ELTON E. BRYAN,**

    **Petitioner,**

v.                                   CASE NO. 2:93-cr-00089
                                                     CASE NO. 2:10-cv-01196

**UNITED STATES OF AMERICA,**

    **Respondent.**

## O R D E R

Pending before the Court is Petitioner's Petition for a Writ of Error Coram Nobis, pursuant to 28 U.S.C. § 1651 (docket # 112). It is hereby **ORDERED** that the United States shall file its Answer on or before **November 12, 2010.** Petitioner's response, if any, shall be filed on or before **December 10, 2010.**

The Clerk is requested to transmit this Order to counsel of record.

ENTER: October 15, 2010

                                                        *Mary E. Stanley*
                                                        Mary E. Stanley
                                                    United States Magistrate Judge