IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**ELTON E. BRYAN**

**v.**                                         **CIVIL ACTION NO. 2:10-cv-01196**

**UNITED STATES OF AMERICA**

### MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE

Comes now the United States of America, by Larry R. Ellis, Assistant United States Attorney for the Southern District of West Virginia, and moves the Court for an extension of time to file a response to the Petition For A Writ Of Error Coram Nobis in this case.

The underlying criminal trial in this case lasted eight days and resulted in a transcript of over 1,000 pages. Fair treatment of the issues raised herein will involve a thorough review of that entire record. Moreover, counsel for the United States in this matter has work-related travel that will consume approximately one week of the time presently allotted to him by this Court's Order and as the office's election officer may be further engaged with work related to the upcoming election that may be reactive in nature and not susceptible to postponement.

WHEREFORE, the United States moves that the November 12, 2010 deadline herein imposed for its response be extended 30 days, until December 12, 2010.

                                          Respectfully submitted,

                                          R. BOOTH GOODWIN II
                                          United States Attorney

                             By:   s/Larry R. Ellis
                                   LARRY R. ELLIS, WV Bar No.  1122
                                   Assistant U.S. Attorney
                                   P.O. Box 1713
                                   Charleston, WV  25326
                                   Telephone:  (304) 345-2200
                                   Fax:  (304) 347-5706
                                   E-mail: larry.ellis@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "Motion of the United States for an Extension of Time to File a Response" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 22nd day of October, 2010, to:

>Richard Neely
>NEELY & CALLAGHAN
>159 Summers Street
>Charleston, WV 25301

>By: <u>s/Larry R. Ellis</u>
>    LARRY R. ELLIS
>    WV Bar No.  1122
>    Assistant U.S. Attorney
>    P.O. Box 1713
>    Charleston, WV  25326
>    Telephone:  (304) 345-2200
>    Fax:  (304) 347-5706
>    E-mail: larry.ellis@usdoj.gov