```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR000983
Cashier ID: ldent
Transaction Date: 10/22/2010
Payer Name: NEELY AND CALLAGHAN
--------------------------------
CIVIL FILING FEE
 For: NEELY AND CALLAGHAN
 Case/Party: D-WVS-2-10-CA-001196-001
 Amount:       $350.00
--------------------------------
CHECK
 Check/Money Order Num: 3521
 Amt Tendered: $350.00
--------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

PAYMENT FOR CIVIL ACTION
2:10-1196

Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A 45 fee will
be charged for a returned check.
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

ELTON E. BRYAN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

**NOTICE TO PETITIONER OF FAILURE TO REMIT FILING FEE and Correction of Clerical Error**
**CIVIL ACTION NUMBER 2:10-1196**

TO:    Elton E. Bryan, Petitioner
       c/o Richard Neely, Esquire
       NEELY & CALLAGHAN
       159 Summers Street
       Charleston, WV 25301-2134

    Please take notice that the Clerk of the United States District Court for the Southern District of West Virginia has filed a Petition for a Writ of Error Coram Nobis pursuant to Title 28, United States Code, § 1651, the All Writs Act, and assigned Civil Action No. 2:10-1196 thereto. The filing fee for this type of case is $350.00.

    Our records indicate that you have not remitted the filing fee and are, therefore, notified of its delinquency. Please submit payment within ten days following the date set forth below to: Clerk, U. S. District Court, 300 Virginia Street, East, Room 2400, Charleston, WV 25301. If you feel that you are unable to pay this fee, please complete the enclosed *Application to Proceed Without Prepayment of Fees* and send the completed application within ten days following the date set forth below to the same address.

    In addition, please take notice that the Clerk has corrected the clerical errors in the cause and nature of suit codes on the face of the docket sheet to reflect that this is a filing pursuant to the All Writs Act and not a Motion to Vacate under Title 28, United States Code, § 2255. A copy of this Notice shall also be filed in the underlying criminal case, No. 2:93-00151-01. **All future filings are to be made in this civil action only and not in the criminal case.**

Date: October 21, 2010

                                   TERESA L. DEPPNER, CLERK OF COURT

                                   By: _____
                                                Deputy Clerk

Enclosure

cc:    R. Booth Goodwin, United States Attorney