```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF WEST VIRGINIA

                              CHARLESTON
```

**ELTON E. BRYAN,**

    **Petitioner,**

**v.**                              **CASE NO. 2:10-cv-01196**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## O R D E R

Pending before the Court is Respondent's Motion for an Extension to Time to File Response (docket # 119).  It is hereby **ORDERED** that the Motion is granted and the United States shall file its Answer on or before **December 13, 2010**.  Petitioner's response, if any, shall be filed on or before **January 14, 2011**.

The Clerk is requested to transmit this Order to counsel of record.

ENTER:  October 26, 2010

                                                      Mary E. Stanley
                                                      United States Magistrate Judge