```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA

                    CHARLESTON
```

**ELTON E. BRYAN,**

    **Petitioner,**

**v.**                                         **CASE NO. 2:10-cv-01196**

**UNITED STATES OF AMERICA,**

    **Respondent.**

### O R D E R

Pending before the Court is Respondent's Second Motion for an Extension to Time to File Response (docket # 122). It is hereby **ORDERED** that the Motion is granted and the United States shall file its Answer on or before **January 7, 2011**. Petitioner's response, if any, shall be filed on or before **February 7, 2011**.

The Clerk is requested to transmit this Order to counsel of record.

ENTER: December 7, 2010

*Mary E. Stanley*
Mary E. Stanley
United States Magistrate Judge