IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**ELTON E. BRYAN**

v.                              CIVIL ACTION NO. 2:10-cv-01196

**UNITED STATES OF AMERICA**

**RESPONSE OF THE UNITED STATES TO
PETITIONER ELTON E. BRYAN'S MOTION FOR ORAL ARGUMENT**

Comes now the United States of America, by Larry R. Ellis, Assistant United States Attorney for the Southern District of West Virginia, and responds to Petitioner Elton E. Bryan's Motion for Oral Argument. The United States does not object to the Motion.

                            Respectfully submitted

                            R. BOOTH GOODWIN II
                            UNITED STATES ATTORNEY

By:   s/Larry R. Ellis
      LARRY R. ELLIS
      WV Bar No.  1122
      Assistant U.S. Attorney
      P.O. Box 1713
      Charleston, WV  25326
      Telephone:  (304) 345-2200
      Fax:  (304) 347-5706
      E-mail: larry.ellis@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Response of the United States to Petitioner Elton E. Bryan's Motion for Oral Argument" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 20th day of January, 2011, to:

        Richard Neely
        NEELY & CALLAGHAN
        159 Summers Street
        Charleston, WV 25301


        By:  s/Larry R. Ellis
             LARRY R. ELLIS
             WV Bar No. 1122
             Assistant U.S. Attorney
             P.O. Box 1713
             Charleston, WV 25326
             Telephone: (304) 345-2200
             Fax: (304) 347-5706
             E-mail: larry.ellis@usdoj.gov