IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

**ELTON E. BRYAN,**

    **Petitioner,**

**v.**                                    **Case No. 2:10-cv-001196**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## NOTICE OF HEARING

The parties are hereby **NOTIFIED** that the court will conduct a hearing on the Petition for a Writ of Error Coram Nobis (ECF # 112) on **Wednesday, April 6, 2011, at 10:00 a.m.** in Charleston at the Robert C. Byrd United States Courthouse, 300 Virginia Street East, Room 5400.

The Clerk is directed to transmit a copy of this Notice of Hearing to counsel of record.

ENTER: March 14, 2011

*Mary E. Stanley*
Mary E. Stanley
United States Magistrate Judge