**Court Minutes:**

Session: 2011Apr06                                    Division: Chas                                    Courtroom: R5400
Session Date: 04/06/2011                              Session Time: 08:46
Judge: Stanley, Mary E.
Reporter: Harvey, Teresa

Clerk(s): Lair, Tabitha

US Attorney(s):
   King II, William B
   Ellis, Larry R.
   Wright, Philip H.

Public Defender(s):

Prob. Officer(s):

Court interpreter(s):

---

Case ID: 0002

   Case number: 2:10-CV-01009
   Plaintiff: Reebrook III, William Edward
   Plaintiff Attorney:
   Defendant: USA
   CJA/Retained Atty:
   Co-Defendant(s):
   US Attorney:
   Public Defender:

04/06/2011

09:56:58        Recording Started:

09:56:58        Case called

09:57:06        **General:**
09:57:25        HEARING TYPE: WRIT HEARINGS
               Rebrook v USA 2:10-cv-1009 and Bryan v USA 2:10-cv-1196
09:58:25        for pl Lonnie Simmons and Richard Neely
09:58:45        for def - Larry Ellis and Phil Wright
09:59:23        Court Reporter: Teresa Harvey

10:01:45        **Judge: Stanley, Mary E.**
               called case, noted appearances of counsel
10:03:00        Judge discusses fact that she was former AUSA
10:05:52        discuss matters that should be in the record
10:06:22        discuss briefs filed by Bryan in 4th circuit

10:06:54        **General:**
               Mr. Neely responds
10:08:06        Mr. Ellis responds

10:08:45        **Judge: Stanley, Mary E.**
               Rebrooks writ of cert?

10:08:59        **General:**
               Mr. Neely responds

10:09:16        **Judge: Stanley, Mary E.**
               discuss cross representation
10:09:35        comments
10:09:57        ready to go forward?

10:10:08        **General:**
               Mr. Simmons begins argument

10:24:30        **Judge: Stanley, Mary E.**
               discuss procedural default - factual innocence

10:25:07        **General:**
               Mr. Simmons continues

10:30:07        **Judge: Stanley, Mary E.**
               counsel can be of assistance to court with additional briefing
10:30:57        believe coram nobis requires stricter standard of review than 2255

10:31:27        **General:**
               Mr. Simmons responds
10:32:53        Mr. Ellis begins his argument

10:43:46        **Judge: Stanley, Mary E.**
               after O'Hagen, possible to reinstate conviction?

10:44:14        **General:**
               Mr. Ellis responds

10:45:06        **Judge: Stanley, Mary E.**
               goes over what Mr. Ellis has stated

| | |
|---|---|
| 10:46:17 | **General:** |
| | Mr. Ellis responds |
| 10:46:35 | **Judge: Stanley, Mary E.** |
| | coram nobis higher standard of reivew? |
| 10:46:47 | **General:** |
| | Mr. Ellis responds |
| 10:49:00 | **Judge: Stanley, Mary E.** |
| | discuss additional language |
| 10:51:28 | **General:** |
| | Mr. Ellis responds |
| 10:53:01 | **Judge: Stanley, Mary E.** |
| | ready for discussion of evidence |
| 10:53:08 | **General:** |
| 11:15:38 | Mr. Neely begins argument |
| 11:21:56 | Mr. Ellis responds |
| 11:22:57 | Mr. Neely responds |
| 11:25:49 | Mr. Simmons responds |
| | Mr. Neely oral motion to expedite |
| 11:26:29 | **Judge: Stanley, Mary E.** |
| 11:26:59 | response |
| | comments on issues |
| 11:33:18 | **General:** |
| | parties comment |
| 11:33:53 | **Judge: Stanley, Mary E.** |
| 11:35:16 | discuss briefing schedule |
| 11:35:29 | deadlines given |
| | disuss another date for oral argument, if needed |
| | (June 2 -10:00) |
| 11:36:33 | **Stop recording** |