```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

                            CHARLESTON
```

**ELTON E. BRYAN,**

    **Petitioner,**

**v.**                                 **Case No. 2:10-cv-001196**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## O R D E R

Currently pending before the court is the United States' Motion for Extension of Time to File Response, filed May 4, 2011. (ECF No. 132.) In the Motion, the United States seeks an extension until May 27, 2011, to file its response to Petitioner's Supplemental Brief on Standards of Review. Petitioner has no objection to the extension.

Accordingly, for good cause shown, it is hereby **ORDERED** that the United States' Motion for Extension of Time to File Response is **GRANTED**.

The Clerk is directed to transmit a copy of this Order to counsel of record.

ENTER: May 5, 2011

                                                */s/ Mary E. Stanley*
                                                Mary E. Stanley
                                                United States Magistrate Judge