UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


ELTON BRYAN,

       Petitioner,

v.                                        CIVIL ACTION NO: 2:10-1196

UNITED STATES OF AMERICA,

       Respondent.


<u>O R D E R</u>


       Pending is the parties' joint motion for extension of time filed March 20, 2012.

       The parties request that the deadline for their objections be extended to May 15, 2012.  In support of the requested extension, the parties, <u>inter alia</u>, note (1) the voluminous trial and appeal record, and (2) the 162-page Proposed Findings and Recommendation (P F&R) entered by the United States Magistrate Judge on March 15, 2012.

       Finding good cause, the court ORDERS that the joint motion be, and it hereby is, granted.  It is further ORDERED that the time for filing objections to the P F&R be, and it hereby is, extended to May 15, 2012.

The Clerk is directed to forward copies of this order to all counsel of record and the petitioner.

DATED:  May 26, 2012

John T. Copenhaver, Jr.
United States District Judge