IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston

**ELTON E. BRYAN,**

    Petitioner

                                               **Civil Action No. 2:10-cv-01196**

v.

**UNITED STATES OF AMERICA**

    Respondent

**AMENDED CERTIFICATE OF SERVICE**

    I, Richard Neely, counsel for Petitioner, do hereby certify that I served the foregoing Motion for Oral Presentation upon the following members of the staff of the United States Attorney's Office for the Southern District of West Virginia, to-wit:

    Hon. R. Booth Goodwin, II
*United States Attorney*
Hunter Paul Smith, Jr., Esq.
*Assistant United States Attorney*
Larry R. Ellis, Esq.
*Assistant United States Attorney*

by filing same electronically using the United States District Court's electronic filing system operated by the Clerk's office on the 10th day of May, 2011.

    .

    /s/ *Richard Neely*
Richard Neely
**NEELY & CALLAGHAN**
159 Summers St.
Charleston, WV 25301
304-343-6500 Voice
304-343-6528 Fax
Rneely@NeelyCallaghan.com