UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


ELTON E. BRYAN,

          Petitioner,


v.                                    Civil Action No. 2:10-1196


UNITED STATES OF AMERICA,

          Respondent.


ORDER


        Pending is petitioner's motion for oral argument,
filed May 10, 2012.  Inasmuch as the matter was previously
presented orally to the magistrate judge, and that the facts and
legal arguments are adequately presented in writing within the
record developed heretofore, disposition of the matter would not
be aided significantly by further argument.

        It is, accordingly, ORDERED that the motion for oral
argument be, and hereby is, denied.

        The Clerk is directed to transmit a copy of this order
to counsel of record and any unrepresented parties.

                          ENTER: March 28, 2013

                          _____
                          John T. Copenhaver, Jr.
                          United States District Judge